ACCEPTED
12-14-00345-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/11/2015 4:34:11 PM
CATHY LUSK
CLERK

## NO. 12-14-00345-CR

| | | |
|---|---|---|
| REBECCA BARKER | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| V. | § | TWELFTH COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 4:34:11 PM
CATHY S. LUSK
Clerk

### COUNSEL'S MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Counsel, having file Appellant's Brief finding no reversible errors, requests that he be allowed to withdraw from this appeal, pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure, and for same would show as follows:

I.

*Anders* Brief Filed:

On 06-11-15, Counsel filed Appellant's Brief and reporter to the appellate court there absence of a reversible error and the waiver of the appeal by Appellant.

II.

Deadlines & Settings:

To Counsel's knowledge, there are no hearing set in this matter and there have been no announcements of pending submission dates.

III.

Client's Address:

Ms. Barker's last known address is:

1

Rebecca Lynn Barker, Inmate No.: 01970795
Mountainview Unit
2305 Ransom Road
Gatesville, Texas 76528IV.

Letter to Client:

Counsel sent a copy of Appellant's Brief to Appellant and explained Appellant's rights regarding delivery of the records in the case; Appellant's right to object to Appellant's Brief prepared by Counsel; and Appellant's right to submit Appellant's own Brief to this Court.

V.

Requested Relief:

Counsel requests permission to withdraw from the representation of Appellant.

VI.

Conference:

Counsel would show that he conferred with opposing counsel and this Request is presented as UNOPPOSED.

VII.

Certificate of Compliance (TRAP, Rule 9.4 (i)(3)):

Counsel certified that this document was prepared using WORD format and the word-count in this documents is 367.

_____
STEN M. LANGSJOEN

WHEREFORE, PREMISES CONSIDERED, Counsel requests that this Motion be granted.

Respectfully submitted,

_____

STEN M. LANGSJOEN
Attorney for Appellant
P.O. Box 539
Tyler, Texas 75710
Telephone: (903) 531-0171
Telefax: (903) 531-0187
TBA # 11922800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery to District Attorney, Cherokee County, Texas, and was delivered by certified mail, return receipt requested, and by regular mail to Appellant at the address noted above, on this 12th day of June, 2015.

_____

STEN M. LANGSJOEN